1  BENJAMIN B. WAGNER
   United States Attorney
2  ANDREW L. GRADMAN
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone (559) 497-4000

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00157-DLB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| RUDY V. MANUEL, | |
| Defendant. | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Andrew L. Gradman, Special Assistant United States Attorney, hereby moves to dismiss without prejudice the Information filed on April 26, 2011, against Rudy V. Manuel, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 1, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney


                              By :  /s/ Andrew L. Gradman
                                    ANDREW L. GRADMAN
                                    Special Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the Information filed on April 26, 2011, against Rudy V. Manuel, be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: **March 2, 2012**              /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE